**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Jeffrey King,<br><br>　　　　　Defendant. | No. CR-24-01040-PHX-ROS<br><br>**ORDER** |

Pursuant to the motion by Defendant Jeffrey King for an order facilitating his inspection of the discovery in his case, the Government having no objection to the motion, and for good cause appearing,

**IT IS ORDERED** that the Motion to Review Discovery on a Laptop At Correctional Facility (Doc. 126) is **GRANTED.**

**IT IS FURTHER ORDERED** that:

Mr. King shall be allowed access to a laptop computer (and associated power cord) and one or more external hard drives (and associated USB cord) provided by his counsel all for the sole purpose of reviewing the discovery in his case, in order to assist in his defense.

The discovery files shall not be stored on the laptop itself, but shall instead be stored on the aforementioned external drive(s). No additional data files shall be on said external drive(s). Defense counsel shall also provide Central Arizona Florence Correctional Complex (CAFCC) with a list of the discovery files which are on the external hard drives.

1    Appropriate CAFCC personnel are authorized to review the contents of the laptop
2 and drives to ensure compliance. CAFCC shall maintain custody of the laptop, cords, and
3 external drives.
4    CAFCC shall allow Mr. King to access them in a suitable location, which shall allow
5 Mr. King to plug in the laptop and external drive(s) during use.
6    Mr. King shall have access to the laptop and external drive(s) for 6 hours daily, upon
7 his request and at his option for reduced access. CAFCC may subject Mr. King to its
8 customary level of observation during use of the laptop, except that nothing herein shall be
9 construed to allow review of attorney-client communication by CAFCC personnel.
10    Nothing herein shall be construed to require overtime by CAFCC personnel or
11 interference with normal facility operations.
12    Dated this 6th day of January, 2025.

Honorable Roslyn O. Silver
Senior United States District Judge