**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

United States of America,

Plaintiff,

v.

Jeffrey Amos King,

Defendant.

No. CR-24-01040-002-PHX-ROS

**ORDER OF FORFEITURE**

As a result of defendant's guilty plea to Count 1 of the indictment charging the defendant with a violation of 18 United States Code (U.S.C.) § 1349, Conspiracy to Commit Health Care Fraud and Wire Fraud, a Class C felony offense, the defendant agreed to forfeit all right, title and interest in the following Subject Property:

1) 1637 North Sunset Drive, Tempe, AZ 85281, titled in the name of J King Holdings LLC, more particularly described as: Lot 109, of Cavalier Hills Unit Two, according to the plat of record in the office of the County Recorder of Maricopa County, Arizona, recorded in Book 90 of Maps, Page 44. APN: 132-71-109;

2) 6246 East Hillcrest Blvd., Scottsdale, Arizona 85251, titled in the name of Gabriel Vadasz, Trustee of the AEAGJK Irrevocable Trust, dated January 9, 2024, more particularly described as: Lot 15, Camelback East, according to the plat of record in the Office of the County Recorder of Maricopa County Arizona, recorded in Book 135 of Maps, Page 11. APN: 172-27-016;

3) The 2016 Ferrari 488 Spider bearing Vehicle Identification Number

ZFF80AMA6G0219407, titled to JEXIE ENTERPRISES INC;

4) The 2023 Mercedez-Benz SL63 AMG bearing Vehicle Identification Number W1KVK8BB6PF015497, titled to JEXIE ENTERPRISES INC;

5) 2023 Mercedez-Benz GLE bearing Vehicle Identification Number 4JGFB6BB7PA858815, titled to KING MEDICAL CONSULTANT LLC;

6) The 2022 Mercedes-Benz G63 bearing Vehicle Identification Number W1NYC8AJ6NX455281, titled to AMTG Medical Consultant, LLC;

7) $19,591,940 seized from the U.S. Bank checking account ending in 5798 in the name of ALEXANDRA GEHRKE;

8) $13,576,549.93 seized from the U.S. Bank checking account 7681 in the name of AMTG MEDICAL CONSULTANT LLC;

9) $10,793,620 seized from the U.S. Bank checking account ending in 7699 in the name of JEXIE ENTERPRISES INC;

10) $8,000,000 Sentinel Security Life Insurance policy number ending in 5602 in the name of ALEXANDRA GEHRKE;

11) $8,000,000 Sentinel Security Life Insurance policy number ending in 8279 in the name of JEFFREY KING;

12) $8,000,000 North American Company for Life and Health Insurance policy number ending in 0314 in the name of ALEXANDRA GEHRKE;

13) $3,320,969.25 seized from the Charles Schwab account ending in 3965 in the name of JKING VENTURES INC;

14) $1,265,539.26 seized from the Charles Schwab account ending in 9244 in the name of KING MEDICAL CONSULTANT LLC;

15) $1,000,025.19 seized from the Wells Fargo Bank checking account ending in 1101 in the name of JEXIE ENTERPRISES INC;

16) $2,800,000 from the Alerus Bank checking account ending in 8329 in the name of JEXIE ENTERPRISES INC;

17) $1,999,978 seized from the Alerus Bank checking account ending in 7834 in the

name of ALEXANDRA GEHRKE;

18) $1,390,922.91 seized from the Alerus Bank checking account ending in 8220 in the name of AMTG MEDICAL CONSULTANT LLC;

19) $940,373 seized from the U.S. Bank checking account ending in 7665 in the name of THE FITZGERALD IRREVOCABLE TRUST;

20) $512,857.28 seized from the Alerus Bank checking account ending in 2750 in the name of CAPITAL IS KING LLC;

21) Three 1-ounce PAMP Suisse 999.9 Fine Gold Bullion - N493741, N493740 and N493742;

22) Twenty 2024 1-ounce .999 Pure Silver American Eagles in holder;

23) Two PAMP Suisse 1-ounce Fine Gold Bullion - N93739 and N93738;

24) Twenty-three Counterfeit Louis Vuitton Bags;

25) Counterfeit Audemars Piguet Men's watch 181247 No4005 Royal Oak Le Brassus;

26) Lot of costume jewelry containing 1 pair of earrings, 2 bracelets, and 1 ring;

27) 18k gold yellow Gold-Plated Double C Cartier 468122 Lighter;

28) Four "Herkimer diamond" quartz crystals;

29) 14k yellow gold Tanzanite and diamond ring set;

30) 15k white gold diamond ring set with 16 straight baguette cut diamonds;

31) Platinum diamond ring set with six 1.7mm round brilliant cut diamonds;

32) 14k yellow gold diamond ring set with center oval cut diamond;

33) Costume jewelry necklace set with an oval cut Citrine;

34) 14k yellow gold amethyst necklace set with center oval cut amethyst;

35) 14k Garnet pendant hung on a 16-inch amethyst bead necklace;

36) 18k yellow gold Tiffany and Co. Elsa Peretti Starfish necklace;

37) 18k yellow gold Paloma Picasso scribble style pendant on a 16-inch chain;

38) 18k yellow gold Elsa Peretti Tiffany & Co. Seahorse necklace;

39) 14k two tone diamond necklace set with 72 round brilliant cut diamonds;

40) Royal Canadian Mint Monnaie 10 oz .9999 Fine Silver Argent Pur Bullion #991425906;

41) Royal Canadian Mint Monnaie 10 oz .9999 Fine Silver Ardent Pur Bullion #991425907;

42) Royal Canadian Mint Monnaie 10 oz .9999 Fine Silver Argent Pur Bullion #991425908;

43) Royal Canadian Mint Monnaie 10 oz .9999 Fine Silver Argent Pur Bullion #991425909;

44) Royal Canadian Mint Monnaie 10 oz .9999 Fine Silver Argent Pur Bullion #991422484;

45) Royal Canadian Mint Monnaie 10 oz 9999 Fine Silver Argent Pur Bullion #991422487;

46) Royal Canadian Mint Monnaie 10 oz .9999 Fine Silver Argent Pur Bullion #991422488;

47) Stainless Steel Gent's Cartier Santos 40mm Date Watch Serial Number 905815CX;

48) Stainless Steel Gent's Rolex Datejust Watch with Black Dial Serial Number Z18001;

49) Stainless Steel Rolex Daytona Cosmograph Watch Serial Number CZ771495;

50) Rolex Sea-Dweller Oyster Stainless Steel Watch Serial Number 9H5802X5;

51) Twenty-five Canadian Maple Leaf 1-ounce .9999 pure gold coins;

52) Eight Australia $100 Dollars 1-ounce gold coins;

53) Five United Kingdom 1-ounce 100-pound gold coins;

54) Three Elizabeth II gold coins;

55) Three Grant Wood American Commemorative Series Coins with American Gothic;

56) Six United States $50 Eagle gold coins;

57) Nine 1915 Austrian 100 Corona gold coins;

58) Two 1908 Hungary 100 Korona gold coins;

59) Four Mexico 50 pesos gold coins;

60) Twenty Metalor 1-ounce 999.9 fine gold bullion;

61) Twelve Valcambi Suisse 1-ounce gold bullion;

62) Four PAMP Suisse 1-ounce gold bullion;

63) Four IGR one 1 ounce 999.9 fine gold bullion;

64) Three Credit Suisse 1 ounce 999.9 fine gold bullion;

65) 2018 Australia Elizabeth II 999.9 1-ounce gold bullion;

66) Ten South African Krugerrand 1-ounce gold coins;

67) Eighty-eight Britannia 1/4-ounce 25-pound gold coins;

68) Two Canada 1 1/2-ounce $150 gold bullion coins;

69) Three Werner Philharmoniker 2000 Schilling 999.9 pure 1-ounce coins;

70) Two Buffalo 1-ounce gold coins;

71) Two Royal Canadian Mint 10-ounce Fine Silver Argent Pur Bullion;

72) Ten 1-gram silver bullion assorted style bars;

73) Three-hundred and eighty U.S. American Eagle 1 ounce silver coins;

74) Stainless Steel Ladies Rolex Datejust Watch Serial Number 968E58Z5;

75) Fifteen Liberty Head $20 gold coins;

76) 2009 American Eagle $50 gold coin;

77) Forty-five Krugerrand gold coins;

78) Six Canadian Maple Leaf $50 gold coins;

79) Six Canada 1/20th ounce Maple Leaf $1 gold coins;

80) Canada 1/10th ounce Maple Leaf $5 gold coin;

81) Two Canadian 1/4-ounce Maple Leaf $10 gold coins;

82) Cartier 18k white Panthere style necklace;

83) 14k white gold diamond bracelet set with 68 round brilliant cut diamonds weighs 6.3 grams;

84) 14k white gold diamond bracelet set with 68 round brilliant cut diamonds

weighs 6.7 grams;

85) 14k white gold diamond bracelet set with 15 round brilliant cut diamonds;

86) Gucci heart bracelet;

87) Sterling silver with Cubic Zirconia earrings;

88) Cartier 18k white gold Love ring XQS521 50;

89) 14k white gold diamond ring set with 7 round brilliant cut diamonds;

90) 14k white gold Tiffany style 6 prong Lab Grown diamond ring set;

91) Audemars Piguet Men's chronograph watch 26240ST Royal Oak Serial Number GM3804N;

92) Audemars Piguet Men's chronograph watch 26120ST dual time Royal Oak Serial Number H41161 No 3890;

93) Costume jewelry in a black jewelry box;

94) Three sterling silver earring pairs;

95) 18k yellow gold necklace;

96) Three Louis Vuitton Marc Newson Limited Edition Horizon Rolling Suitcases, Model Horizon;

97) Three Louis Vuitton Marc Newson Rolling Trunk, Model M10117;

98) Louis Vuitton Taiga District PM Shoulder Bag;

99) Louis Vuitton Eclipse Sac Plat 24 Shoulder Bag;

100) Three Louis Vuitton Monogram Eclipse Dopp Kit Toiletry Pouch Bags;

101) Louis Vuitton Monogram Eclipse District PM Messenger Set Bag;

102) Louis Vuitton Monogram Eclipse Discovery Backpack PM;

103) Louis Vuitton Monogram Eclipse Trio Messenger Shoulder Bag;

104) Louis Vuitton Black Taiga Leather Avenue Sling Bag NM;

105) Louis Vuitton Monogram Week-End Tote GM;

106) Two Louis Vuitton Monogram Eclipse Passport Covers;

107) Louis Vuitton Empriente Zoe Wallet;

108) Louis Vuitton Multiple Wallet;

109) Louis Vuitton Pocket Organizer Black/Noir;

110) Louis Vuitton Felicie Black Credit Card Insert;

111) Louis Vuitton The Neverfull GM Tote Removable Pouch;

112) Louis Vuitton Black Monogram Empriente Leather Felicie Pochette;

113) Louis Vuitton Reverse Monogram Eclipse Pouch;

114) $367,150 cash;

115) $250,313.89 seized from Arizona Federal Credit Union account ending in 5125 in the name of ALEXANDRA MT GEHRKE;

116) $1,000,000.00 seized from Arizona Federal Credit Union account ending in 5102 in the name of JEXIE ENTERPRISES INC.;

117) $251,994.63 seized from U.S. Bank account ending in 5022 in the name of Alexandra Marie Gehrke;

118) The contents of Charles Schwab account ending in 1438 in the name of AMTG MEDICAL CONSULTANT LLC;

119) The contents of Charles Schwab account ending in 2726 in the name of ALEXANDRA MARIE GEHRKE;

120) The contents of Charles Schwab account ending in 9986 in the name of JEXIE ENTERPRISES INC;

121) $3,356,635.97 seized from the U.S. Bank checking account ending in 5772 in the name of THE CONSULTING FIRM LLC;

122) $788,645.14 seized from U.S. Bank checking account ending in 5202 in the name of KING MEDICAL CONSULTANT LLC;

123) $528,387.94 seized from Wells Fargo checking account ending in 1495 in the name of ALEXANDRA M. GEHRKE;

124) $569,195.65 seized from Wells Fargo savings account ending in 8608 in the name of ALEXANDRA M. GEHRKE;

125) $555,900 seized from Wells Fargo checking account ending in 1487 in the name of ALEXANDRA M. GEHRKE;

126) $247,073.89 seized from Wells Fargo savings account ending in 3965 in the names of ALEXANDRA M. GEHRKE and JOAN MARIE GEHRKE;

127) $777,277.80 seized from Wells Fargo checking account ending in 0871 in the name of AMTG MEDICAL CONSULTANT LLC;

128) $356,898.00 seized from Charles Schwab brokerage account ending in 2902 in the name of J KING HOLDINGS INC;

129) $100,771.93 seized from Charles Schwab brokerage account ending in 8345 in the name of THE OTHER CONSULTING FIRM LLC;

130) $1,260,215.38 seized from Flagstar Bank trust account ending in 2863 in the name of KENNETH MURRAY;

131) $2,593,130.55 seized from Royal Bank of Canada cash account ending in 5128 in the name of SCOTTSDALE ASSURANCE GROUP INC.;

132) Two – Linea Research ASC 48 Loudspeaker Processors – serial numbers 10324076, 10324063;

133) Four - Triad Orbit T2 Microphone Stands;

134) Seven – AVID MTRX 8CH AD Cards – serial numbers 7201302331240, 7201302331119, 7201302328251, 7202302336101, 7202302336154, 7201302331116, 7201302331115;

135) Two – AVID Pro Tools HDX Card Software – serial numbers ENEOF32200043B, ENEOF24800029A;

136) Six – AVID MTRX 8CH DA Cards – serial numbers 7202302336155, 7202302336160, 7202302336136, 7202302336156, 7202302336153, 7202302336152;

137) One – RND Master Buss Processor – serial number P2MB4678;

138) One – RND Master Buss Transformer – serial number MBT00787;

139) One – RND 5035 Shelford Channel Microphone Amp – serial number 5035-06266;

140) Two – Tube Tech PE 1C – serial numbers 19186, 19187;

141) One - Tube Tech SMC 2BM Processor - serial number 16587;

142) Two – AVID MTRX-II Audio Interface – serial numbers MTRXII-100691,MTRXII-100673;

143) One – Live Mix AD24 Headphone System – serial number 12-04-02068;

144) One – Live Mix Mix-16 Headphone System – serial number 12-02-07164;

145) Eight – Live Mix MT-1 Headphone System Stand Adapters;

146) Eight – Live Mix Headphone System 25' Cat 6 Cables;

147) Eight – Live Mix CS Solo Headphone Mixers – serial numbers 12-11-05001, 12-11-05002, 12-11-04999, 12-11-05004, 12-11-05003, 12-11-05012, 12-11-05000, 12-11-04998;

148) One – Rupert Neve Designs 5088 32Ch Recording Console – serial number 345;

149) Two – Neumann U67 Microphones;

150) Two – Neumann KM 184 Stereo Pair Black Microphones;

151) Two – Neumann U4 Fet Collector's Edition Microphones;

152) Two – Neumann M49V Microphones;

153) One – Sennheiser MD 441-U Microphone;

154) Four – Sennheiser MD 421 Microphones;

155) Five – Triad Orbit Mini/TM Microphone Tripods;

156) Five – Triad Orbit Grav-Bags Ballast;

157) Three – Triad Orbit O2X Dual Boom Stands;

158) Three – Triad Orbit T1-OM-M2 Tripod Stand Systems;

159) One – Triad Orbit O1L Orbital Boom;

160) One – Triad Orbit Mini Single Arm Orbital Boom Microphone Stand;

161) Three – Triad Orbit Universal Smart Phone/Tablet Holders;

162) Three – Triad Orbit IO-H2/12 5/8" Mount Heads;

163) Two – Triad Orbit IO Desk Laptop Stands, and

164) One – Grace SB-66 Space Bar Kit, Microphone Placement Bar.

The Court has determined that the Subject Property is subject to forfeiture pursuant

to 18 U.S.C. §§ 981, 982, 21 U.S.C. § 853 and 28 U.S.C. § 2461(c). The government has established the requisite nexus between the Subject Property and the offenses to which the defendant pled guilty. The Court finds that the defendant has forfeited all right, title and interest defendant may have in the Subject Property.

Upon the entry of this Order, the United States is authorized to seize the Subject Property and to conduct any discovery to identify, locate or dispose property that is subject to forfeiture, in accordance with Fed. R. Crim. P. 32.2(b)(3). Upon entry of this Order, the United States is authorized to commence any applicable proceeding to comply with statutes governing third party rights, including giving notice of this Order.

Any person asserting a legal interest in the Subject Property must, within thirty days of the final publication of notice or receipt of notice, whichever is earlier, petition the court for a hearing without a jury to adjudicate the validity of any alleged interest in the property, and for an amendment of the order of forfeiture, pursuant to 21 U.S.C. § 853(n).

Pursuant to Fed. R. Crim. P. 32.2(b)(3), this Order of Forfeiture shall become final as to the defendant at the defendant's sentencing and shall be included in the sentence and judgment. If no third party files a timely claim, this Order shall become the Final Order of Forfeiture, as provided by Fed. R. Crim. P. 32.2(c)(2).

Any petition filed by a third party asserting an interest in the Subject Property shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the Subject Property, the time and circumstances of the petitioner's acquisition of the right, title or interest in the Subject Property, and any additional facts supporting the petitioner's claim and the relief sought, and serve a copy upon **Joseph F. Bozdech**, Assistant United States Attorney.

After the disposition of any motion filed pursuant to Fed. R. Crim. P. 32.2(c)(1)(A) and before a hearing on the petition, discovery may be conducted in accordance with the Federal Rules of Civil Procedure upon a showing that such discovery is necessary or desirable to resolve factual issues.

The United States shall have clear title to the Subject Property following the Court's

disposition of all third-party interests, or, if none, following the expiration of the period provided in 21 U.S.C. § 853(n)(2), for the filing of third party petitions.

The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

Dated this 15th day of October, 2025.

Honorable Roslyn O. Silver
Senior United States District Judge